Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Richard W Campbell |
| Debtor 2 (Spouse, if filing) | Awilda Campbell |
| United States Bankruptcy Court for the: | Northern District of IL (State) |
| Case number | 11-50421 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** CITIMORTGAGE, INC.

**Last 4 digits** of any number you use to identify the debtor's account: 4 2 1 7

**Property address:** 2002 RIDGE MOOR DR
Number    Street

PLAINFIELD    IL    60544
City         State  ZIP Code

**Court claim no.** (if known): _____

## Part 2: Prepetition Default Payments

*Check one:*

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

■ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 01 / 01 / 2017
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ___
MM / DD / YYYY

---

Form 4100R                **Response to Notice of Final Cure Payment**                page 1

Debtor 1  Richard W Campbell
_First Name_  _Middle Name_  _Last Name_

Case number (*if known*) 11-50421

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

Signature: **x /s/ John F Hale Jr.**

Date: 12/27/2016

Print: John  F  Hale Jr
_First Name_  _Middle Name_  _Last Name_

Title: Bankruptcy Specialist III

Company: CitiMortgage, Inc.

If different from the notice address listed on the proof of claim to which this response applies:

Address: PO BOX 6040
_Number_  _Street_

Sioux Falls  SD  57117
_City_  _State_  _ZIP Code_

Contact phone: (866) 613–5636

Email: CitiBKAudit@citi.com

Case No:   11-50421

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:   12/27/2016

Chapter 13 Trustee:   Glenn B Stearns
Trustee Address:   801 Warrenville Road
Suite 650
Lisle, IL 60532

Debtor's Counsel Name:   Terrance S Leeders
Debtor's Counsel Address:   Leeders & Associates
205 W. Randolph St.
Suite 1240
Chicago, IL 60606

Debtor 1 Name:   Richard W Campbell
Debtor 2 Name:   Awilda Campbell
Debtor's Mailing Address:   2002 Ridgemoor Dr.
Plainfield, IL 60586

Signature:   /s/ John F Hale Jr.
Title:   Bankruptcy Specialist III
Company:   CitiMortgage, Inc.
Address:   PO BOX 6040
Sioux Falls, SD 57117
Phone:   866-613-5636
Email:   CitiBKAudit@citi.com